Brett L. Foster, 013222
bfoster@hollandhart.com
Mark A. Miller, *Pro Hac Vice*
mmiller@hollandhart.com
J. Derek Kearl, *Pro Hac Vice*
jdkearl@hollandhart.com
**HOLLAND & HART LLP**
60 E. South Temple, Suite 2000
Salt Lake City, UT 84111
Phone: (801) 799-5800
Fax: (801) 799-5700

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LABRIE ENVIRONMENTAL GROUP, INC.; LABRIEPLUS, | Case No. 2:08-cv-02221- PHX-SRB |
| Plaintiffs, | **NOTICE OF SERVICE** |
| vs. | |
| PENDPAC, INC.; STEVE DEGEORGE; LYNN DONALD SCHREIBER, | |
| Defendants. | |

I hereby certify that on January 12, 2009, **Defendants' First Set of Requests for Production of Documents and Things** and **Defendants' First Set of Interrogatories to Plaintiffs** were served via e-mail and U.S. Mail, postage prepaid, and on January 13, 2009 this Notice of Service was filed with the Court and served via e-mail upon:

| | |
|---|---|
| Ray Kendall Harris | David J Wolfsohn |
| FENNEMORE CRAIG PC | WOODCOCK WASHBURN LLP |
| 3003 N Central Ave, Ste 2600 | 2929 Arch St, 12th Floor |
| Phoenix, AZ 85012-2913 | Philadelphia, PA 19104 |
| rharris@fclaw.com | wolfsohn@woodcock.com |

Dated this 13th day of January, 2009.

HOLLAND & HART LLP

/s/ Brett L. Foster

*Attorneys for Defendants*

4424477_1.DOC