Brett L. Foster, 013222
bfoster@hollandhart.com
Mark A. Miller, *Pro Hac Vice*
mmiller@hollandhart.com
J. Derek Kearl, *Pro Hac Vice*
jdkearl@hollandhart.com
**HOLLAND & HART LLP**
60 E. South Temple, Suite 2000
Salt Lake City, UT 84111
Phone: (801) 799-5800
Fax: (801) 799-5700

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| LABRIE ENVIRONMENTAL GROUP, INC.; LABRIEPLUS,<br><br>Plaintiffs,<br><br>vs.<br><br>PENDPAC, INC.; STEVE DEGEORGE; LYNN DONALD SCHREIBER,<br><br>Defendants. | Case No. 2:08-cv-02221- PHX-SRB<br><br>**NOTICE OF SERVICE** |

I hereby certify that on March 17, 2009, Defendants served upon Plaintiffs' counsel listed below, via email, Defendants' Objections to Plaintiffs' Notice of Deposition of Steve DeGeorge, and I filed this Notice of Service with the Court.

| | |
|---|---|
| Ray Kendall Harris<br>FENNEMORE CRAIG PC<br>3003 N Central Ave, Ste 2600<br>Phoenix, AZ 85012-2913<br>rharris@fclaw.com | David J Wolfsohn<br>WOODCOCK WASHBURN LLP<br>2929 Arch Str., 12th Floor<br>Philadelphia, PA 19104<br>wolfsohn@woodcock.com |

Dated this 17th day of March, 2009.

HOLLAND & HART LLP

/s/ Mark A. Miller
*Attorneys for Defendants*

4475469_1.DOC